out prejudice to a resumption of the application in some other form. *Messrs. Arthur W. Fairchild* and *J. Gilbert Hardgrove* for petitioner.

---

No. —, original. EX PARTE IN THE MATTER OF MERLE PHILLIPS. February 28, 1927. The motion for leave to file a petition for a writ of habeas corpus herein is denied. *Messrs. Frans E. Lindquist, William H. Mason, and Richard O. Mason* for petitioner.

---

No. 299. PAUL L. JAMES AND W. WILLIS HOUSTON, PARTNERS, TRADING AS PAN-HANDLE COAL COMPANY *v.* NORFOLK AND WESTERN RAILWAY COMPANY. Error to the Special Court of Appeals of the State of Virginia. Motion to dismiss or affirm submitted February 21, 1927. Decided February 28, 1927. *Per Curiam.* Writ of error herein dismissed and, the Court treating the same as an application for certiorari, denies such application, all on authority of *Emmons Coal Mining Co.* v. *Norfolk and Western Railway Co.*, 272 U. S. 709. *Messrs. Robert M. Hughes, Jr., Walter R. Staples, Theodore W. Reath,* and *J. Hamilton Cheston* for defendant in error, in support of the motion. *Messrs. Claudian B. Northrop, Gibbs L. Baker,* and *Thomas W. Shelton* for plaintiffs in error, in opposition thereto.

---

